OPINION — AG — ** FREE FAIR BOARD — EMPLOYMENT OF SECRETARY ** (1) THAT THE SECRETARY OF THE BOARD OF DIRECTORS OF THE NOBLE COUNTY FREE FAIR ASSOCIATION (ESTABLISHED UNDER THE PROVISIONS OF 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M)) MUST BE ELECTED FROM THE MEMBERSHIP OF SAID BOARD (2) THAT SUCH SECRETARY MAY LEGALLY BE PAID A SALARY FOR HIS SERVICES (3) THAT SINCE NO COUNTY BONDS FOR FREE FAIR PURPOSES HAVE EVER BEEN VOTED AND ISSUED IN NOBLE COUNTY, THE NOBLE COUNTY FREE FAIR ASSOCIATION, ESTABLISHED BY 2 O.S. 104 [2-104](A) ET SEQ., CANNOT LEGALLY BE CONVERTED INTO A " SIMILAR FAIR ASSOCIATION WITH DUTIES, POWERS AND LIABILITIES, AS PRESCRIBED BY 2 O.S. 131.1 [2-131.1] (BONDS, COUNTY COMMISSIONERS, WAGES, COMPENSATION, QUALIFICATIONS) CITE: 2 O.S. 104 [2-104](A), 2 O.S. 104 [2-104](C), 2 O.S. 131.1 [2-131.1], 2 O.S. 131.4 [2-131.4] (J. H. JOHNSON)